UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
JUL 2 1 2008
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ADEKUNLE RAZAQ ADEFEYINTI
  *Plaintiff,*

vs.

UNITED STATES POSTAL SERVICE AND
DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
MARTIN BRICE, MICHAEL P. CARROLL,
JOHN DONNELLY, (POSTAL INSPECTORS)
TIMOTHY O'SULLIVAN, GEORGE CAVAZOS,
(SUPERVISORY SPECIAL AGENT, ICE/DHS)
BRANDON D. FOX, (ASSISTANT U.S. ATTORNEY)
  *Defendants.*

08CV 4112
JUDGE LEINENWEBER
MAGISTRATE JUDGE ASHMAN

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

\_\_X\_\_  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

I.  **Plaintiff(s):**

   A. Name: Adekunle Razaq Adefeyinti

   B. List all aliases: None

   C. Prisoner identification number: 21645-424

   D. Place of present confinement: Kenosha County Detention Center (KCDC)

   E. Address: 4777 88th Avenue, Kenosha, Wisconsin 53144

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

II. **Defendant(s):**
(In **A** below, place the full name of the fist defendant in first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: __MARTIN BRICE__

   Title: __POSTAL INSPECTOR SUPERVISOR__

   Place of Employment: U. S. POSTAL SERVICE 433 W. Harrison Street, RM- 50190 Chicago, Illinois 60669.

B. Defendant: MICHAEL P. CARROLL

   Title: POSTAL INSPECTOR

   Place of Employment: U. S. POSTAL SERVICE 433 W. Harrison Street, RM- 50190 Chicago, Illinois 60669.

C. Defendant: JOHN DONNELLY

   Title: POSTAL INSPECTOR

   Place of Employment: U. S. POSTAL SERVICE 433 W. Harrison Street, RM- 50190 Chicago, Illinois 60669.

D. Defendant: TIMOTHY O'SULLIVAN

   Title: SUPERVISORY SPECIAL AGENT IMMIGRATION ICE/ DHS

   Place of Employment: IMMIGRATION & CUSTOMS/HOMELAND SEC. 10 W. Jackson Boulevard Chicago, Illinois 60604.

E. Defendant: GEORGE CAVAZOS

   Title: SPECIAL AGENT IMMIGRATION & CUSTOMS ENF. / DHS

   Place of Employment: IMMIGRATION & CUSTOMS/ HOMELAND SEC. 10 W. Jackson Boulevard Chicago, Illinois 60604.

*Revised 9/2007*

2

    F.      Defendant: __BRANDON D. FOX__

            Title: __ASSISTANT UNITED STATES ATTORNEY__

            Place of Employment: __UNITED STATES ATTORNEY'S OFFICE__

            __219 S. Dearborn Street  Chicago, Illinois 60604__

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any states or federal court in the United States:**

    A.     Name of case and docket number: __Civil Claim under 42 U.S.C. § 1983 docket number 08-cv-319-slc__

    B.     Approximate date of filing lawsuit: __June 5, 2008.__

    C.     List all plaintiff (if you had co-plaintiffs), including any aliases: __ADEKUNLE RAZAQ ADEFEYINTI__

    D.     List all defendants: __DODGE COUNTY DETENTION FACILITY, MEDICAL AND DCDF OFFICERS, OFFICER BAKER, OFFICER RHODE, OFFICER BORN, OFFICER POLAH, NURSE HARVATH, NURSE JODI and VICKI NELSON.__

    E.     Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN (MADISON)__

    F.     Name of judge to whom case was assigned: __STEPHEN L. CROCKER (magistrate Judge)__

    G.     Basic claim made: __Violation of Eight Amendment to Medical care and Denial of access to court (law library use)__

    H.     Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __PENDING__

    I.     Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUIT ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO- PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

   State here as briefly as possible the facts of your case. Describe how each defendant is Involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statues.** If you intend to allege a number of related claims, number and set forth each clam in a separate paragraph. (Use as Much space as you need. Attach extra sheets if necessary.)

[1]. On July 20, 2004 at about 0745hrs the U.S. Postal Inspector agents, **Martin Brice, Michael P. Carroll, John Donnelly**, including the agents of the Immigration and Customs Enforcement ICE/DHS agents **Timothy O'Sullivan, George Cavazos,** arrested me. None of the Federal agents ever tried to informed or advice me, prior or during and after the arrest, advised me or informed me about Article 36 of the **Vienna Convention on Consular Relations** (Vienna Convention), Apr. 24, 1963, 21 U.S.T. 77, T.I.A.S, the multilateral treaty to which both the United States and Nigeria are signatories or that, I have the rights to contact my Nigeria consulate for any legal representation.

[2]. Following numerous violations of the constitution rights; warrant-less entry and searches of my Home and vehicles, I was taken into custody of U.S. Postal Service at 433 W. Harrison Street in Chicago, Illinois 60669. On that day, I was questioned again by several agents of the U.S. Postal Inspectors concerning my Business ADT security pass code in order for the agents to deactivate the Alarm system. On that day; none of the agents ever tried to informed or advice me, after during or before to the interrogation of my right to consult the Nigeria consulate General of my arrest.

[3]. However, following my refusal to provide the information requested by the agents, after several hours, I was transported to the United Sates District Court for first initial appearance proceeding, wherein **Gregory Adam Adamski** of Adamski & conti. Located at 100 North LaSalle Street, Suite 1720 Chicago, Illinois 60602 (312) 332-7800 was appointed as counsel to represent me as "Public Defender" on that day following my hearing, the Magistrate Judge ordered that, I should remain in custody of U.S. Marshall at Metropolitan Correctional Center (MCC) Chicago, Illinois.

[4]. On July 25, 2005 Attorney **Gregory Adam Adamski** of Adamski & conti, Visited me at MCC and following his erroneous advice to speak with the Assistant U.S. Attorney **Brandon D. Fox**, concerning my release on bound that if not, I will not be released on bound, unless I speak with the government in connection with the charge at hand.

[5]. On July 26, 2008 following the advice of Attorney **Gregory Adam Adamski**, at detention hearing, I was provided with a document called "proffer agreement"

Revised 9/2007

by the Assistant U.S. Attorney **Brandon D. Fox,** for interrogation/interview, which took place in the U.S. Attorney's Office at 219 South Dearborn Street Chicago, Illinois. Interview case record number **0589-1392558-ECMT(1)** on that day, present agents were **Martin Brice, Michael P. Carroll, John Donnelly** of U.S. Postal Inspectors Service, **Brandon D. Fox** the Assistant U.S. Attorney, agent **George Cavazos** of the Immigration & Customs Enforcement (ICE)and appointed public defender (PD) Attorney **Gregory Adam Adamski** and **Karen** of Adamski & conti. The interrogation took place in three (3) different occasions on July 26, 2004, July 30, 2004 and August 31, 2004.

[6]. None of the above named agents who were present at the interrogation room at that time or the Assistant U.S. Attorney includes my PD **Adamski/Karen**. Ever tried to informed or advice me again for the third time, prior or during and after the interview that, I have the rights to contact the Nigeria Consulate for legal assistant, or the right to consular notification under Article 36 of the **Vienna Convention on Consular Relations.** (Vienna Convention), Apr. 24, 1963, 21 U.S.T. 77, T.I.A.S. No. 6820, 596 U.N.T.S. 261, as a foreign national.

[7]. On August 16, 2004, I terminated the service of **Gregory Adamski** and **Karen** Conti of Adamski & Conti. (PD) After I found out that, they lied to me and provided me with erroneous information and advice in order to seduce me to speak with the government. On August 27, 2004 I obtained the service of **John T. Gonnella,** of law Office of John T. Gonnella. Located at 5057 North Harlem Avenue Chicago, Illinois (773) 622 3900.

[8]. On August 31, 2004 following my previous interview with the government. I was interviewed and interrogated again, by the Assistant U.S. Attorney **Brandon D. Fox,** along with the above named U.S. Postal Inspectors agents and ICE/DHS agent **George Cavazos**, including with my Attorney **John Gonnella,** were present at the interrogation. While I was in holding area at the Federal Court Building awaiting court hearing at 219 South Dearborn Street Chicago, Illinois 60604. On that day, none of the government agents or my attorney **John T. Gonnella,** ever informed or advice me about the rights to consular notification under Article 36 of the **Vienna Convention on Consular Relations**.

[9]. However, The only thing they were asking for was. If I could provide the government agents with any information about someone who had possession of illegal fire harms, e.g machine guns, pistol or any other Nigerian who is involved in any criminal activities, and that, after providing this information they could consider whether I would be released on bail.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statuses.

Compensatory damages against defendants in the amount of $ 1,500,000.00 Punitive damages against defendants in the amount of $ 1,500,000.00, and Nominal damages in the amount of $1,500,000.00, plus court costs, attorneys' fees, and to grant plaintiff a trial by jury of all issues so triable in this cause of action;

**TOTAL** of $ 4,500,000.00

VI. The plaintiff demands that the case be tried by a jury.   ☒ YES    ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief, I understand that if this certification is not correct, I may be subject to sanction by the court.

Signed this ___14th___ day of ___July___, 2008

_____
(Signature of plaintiff or plaintiffs)

ADEKUNLE RAZAQ ADEFEYINTI # 29371-DS 3B

KENOSHA COUNTY DETENTION CENTER

4777 88th AVENUE

KENOSHA, WISCONSIN 53144.

Revised 9/2007

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ADEKUNLE RAZAQ ADEFEYINTI
*Plaintiff,*

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

UNITED STATES POSTAL SERVICE AND
DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
MARTIN BRICE, MICHAEL P. CARROLL,
JOHN DONNELLY, (POSTAL INSPECTORS)
TIMOTHY O'SULLIVAN, GEORGE CAVAZOS,
(SUPERVISORY SPECIAL AGENT, ICE/DHS)
BRANDON D. FOX, (ASSISTANT U.S. ATTORNEY)
*Defendant(s)*

## NOTICE OF FILING

TO:
Clerk of the Court
United States District Court
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois 60604

**PLEASE TAKE NOTICE**, that on this ___14th___ day of July 2008.
I filed with the United States District Court for the Northern District of Illinois Eastern Division, a **Civil Rights Complaint Under 42 U.S.C. § 1983**, a copy of which is attached hereto and hereby serve upon you to the defendants.

Signature of Plaintiff(s)

_____,
Adekunle Razaq Adefeyini # 29371
Kenosha County Detention Center
4777 88th Avenue
Kenosha, Wisconsin 53144

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**ADEKUNLE RAZAQ ADEFEYINTI**
*Plaintiff,*

vs.

**Case No:** _____
(To be supplied by the Clerk of this Court)

UNITED STATES POSTAL SERVICE AND
DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
MARTIN BRICE, MICHAEL P. CARROLL,
JOHN DONNELLY, (POSTAL INSPECTORS)
TIMOTHY O'SULLIVAN, GEORGE CAVAZOS,
(SUPERVISORY SPECIAL AGENT, ICE/DHS)
BRANDON D. FOX, (ASSISTANT U.S. ATTORNEY)
*Defendant(s)*

## CERTIFICATE OF CERVICE

I, Adekunle Razaq Adefeyinti, Certify that on ___14th___ day of July 2008. I caused a copy of this **Civil Rights Complaint Under 42 U.S.C. § 1983**, to be served by enclosing a true and correct copy thereof in properly addressed envelopes, postage prepaid via Kenosha County Detention Center Kenosha, Wisconsin mailing system on this ___14th___ day of July 2008.

I swear or affirm under penalty of perjury under the United States law that my statement on this motion are true and correct pursuant to **28 U.S.C. § 1764**.

Signature of Plaintiff(s)

Adekunle Razaq Adefeyini # 29371
Kenosha County Detention Center
4777 88th Avenue
Kenosha, Wisconsin 53144