**FILED**
JUL 2 1 2008
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Civil Cover Sheet

**Plaintiff(s):** ADEKUNLE RAZAQ ADEFEYINTI

**Defendant(s):** UNITED STATES POSTAL SERVICE, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Adekunle Razaq Adefeyinti
#29371
Kenosha - KCJ
4777 88th Avenue
Kenosha, WI 63140

**Defendant's Attorney:**
United States Attorney's Office
219 South Dearborn, Suite 500
Chicago, IL 60604

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 4112
JUDGE LEINENWEBER
MAGISTRATE JUDGE ASHMAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** [x] Yes  [ ] No

**Signature:** /s/
**Date:** 7/21/08