

F I L E D
JUL 2 1 2008
JUL 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) **ADEKUNLE RAZAQ ADEFEYINTI**

V.

Defendant(s) **U.S. POSTAL SERVICE, MARTIN BRICE, MICHAEL P. CARROLL, JOHN DONNELLY (POSTAL INSPECTORS)**

**08CV 4112**
**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE ASHMAN**

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **ADEKUNLE RAZAQ ADEFEYINTI**, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: **[1]. Chicago Lawyers' Committee for Civil Rights under Law, Inc. 100 N. LaSalle St. Suite 600 Chicago, Illinois 60602. [2]. AIDS Legal Council of Chicago, 220 S. States Street Chicago, Illinois 60604. [3]. Lake County Bar Foundation Volunteer Lawyer program 415 Washington Street Waukegan, Illinois 60085.**

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

**July 14th 2008**
Date

**KCDC, 4777 88th Avenue**
Street Address

**Kenosha, Wisconsin 53144**
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Hon. Blanche M. Manning    Case Number: 04-Cr-647

Case Title: Criminal Case

Appointed Attorney's Name: Raymond Pijon    (Case Close)

If this case is still pending, please check box ☐

---

Assigned Judge: Stephen L. Crocker    Case Number: 08-CV-314 SK

Case Title: Civil Claim

Appointed Attorney's Name: Unknown filed on June 5, 2008.

If this case is still pending, please check box ☒

---

Assigned Judge: Hon. Blanche M. Manning    Case Number: 04-CR-647

Case Title: Criminal case

Appointed Attorney's Name: Gregory Adam Adamski    (Case Close)

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐